UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| WATERSTONE MORTGAGE CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> OFFIT KURMAN, P.A., <br><br> Defendant. | Case No. 2:19-CV-01117-JPS |

## JOINT MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Waterstone Mortgage Corporation and Defendant Offit Kurman, P.A. jointly move this Court for an order dismissing this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

Dated: March 12, 2020

WOLFE LEGAL GROUP, P.C.

By: *s/ Deborah A. Wolfe*
    Deborah A. Wolfe, Esq.
    Email: dwolfe@wolfelegalgroup.com
    402 W. Broadway, Suite 400
    San Diego, California 92101
    Telephone: (619) 234-3363
    Attorneys for Plaintiff
    Waterstone Mortgage Corporation

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP

By: *s/ Kimberly E. Blair*
    Kimberly E. Blair, Esq.
    Email: Kimberly.Blair@wilsonelser.com
    Geoffrey A. Belzer, Esq.
    Email: Geoffrey.Belzer@wilsonelser.com
    55 West Monroe Street, Suite 3800
    Chicago, IL 60603-5001
    (312) 704-0550
    Attorneys for Defendant Offit Kurman, P.A.